COPY

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

A. Eric Bjorgum
KARISH & BJORGUM, PC, 510 W. 6th St., Suite 308,
Los Angeles, CA 90014
USA  (213) 785-8070

FILED
2010 JUN 25  PM 3:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

ATTORNEYS FOR: HARRIS REMODELING CO., LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| HARRIS REMODELING CO., LLC, a California limited liability company,  Plaintiff(s), v.  JOHN DOES 1-10,  Defendant(s). | CASE NUMBER: CV10 4736 PSG PJWx  CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  HARRIS REMODELING CO., LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                     **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Harris Remodeling Co., LLC -- Plaintiff
Barry P. Marder -- Member of Harris Remodeling Co., LLC

6/28/2010                          _____
Date                               Sign

A. Eric Bjorgum for Plaintiff Harris Remodeling Co., LLC
Attorney of record for or party appearing in pro per

CV-30 (04/10)                NOTICE OF INTERESTED PARTIES