A. Eric Bjorgum, State Bar No. 198392  
Marc Karish, State Bar No. 205440  
KARISH & BJORGUM, PC  
510 W. 6th St., Suite 308  
Los Angeles, CA  90014  
Telephone: 213.785.8070  

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIS REMODELING CO., LLC, a California limited liability company<br><br>　　　　　　　　　　Plaintiff(s),<br>　　　　v.<br>JOHN DOES 1-10<br><br>　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>CV10-4736 PSG (PJWx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

10/26/10  
Date  

*[signature]*  
Signature of Attorney/Party  

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

  *F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*